# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:12-CR-0130 |
| v. | (JUDGE CAPUTO) |
| SHAWN LUTHER KELLEY | |

## ORDER

**NOW**, this 22nd day of March, 2017, **IT IS HEREBY ORDERED** that Petitioner Shawn Luther Kelley's Motion pursuant to 28 U.S.C. § 2255 (Doc. 72) is **DENIED**. It is **FURTHER ORDERED** that a Certificate of Appealability **SHALL NOT ISSUE**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge